BEFORE THE FIRST DIVISION, JUNE 12, 1967

**No. P67/187.**—Toyomenka, Inc. *v.* United States, protests 63/5510 and 64/17306(B) (New York).

OLIVER, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

**No. P67/188.**—Abercrombie & Fitch Co. *v.* United States, protests 65/18492 and 66/1348 (New York).

WATSON, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of "original miniatures" similar in all material respects to those the subject of *Abercrombie & Fitch Company* v. *United States* (49 CCPA 129, C.A.D. 808), the claim of the plaintiff was sustained.

**No. P67/189.**—Weather Rite Sportswear, Inc., et al. *v.* United States, protests 60/31371, etc. (Seattle).

BECKWORTH, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of articles of synthetic rubber similar in all material respects to those the subject of *United States* v. *Weather-Rite Sportswear Co., Inc.* (52 CCPA 7, C.A.D. 848), the claim of the plaintiffs was sustained.

BEFORE THE SECOND DIVISION, JUNE 12, 1967

**No. P67/190.**—New York Merchandise Co., Inc., et al. *v.* United States, protests 60/16938, etc. (San Diego).

FORD, J.   In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of blocked or trimmed palm leaf harvest hats similar in all material respects to those the subject of *Bailey-Mora Co., Inc., a/c Vera Lou, Inc., et al.* v. *United States* (54 Cust. Ct. 55, C.D. 2508), the claim of the plaintiffs was sustained.